JOHN KEMBLE, Appellant, *v.* ROTH-SCHENKER CORP., Respondent.

Argued February 23, 1954; decided April 8, 1954.

*Bernard Meyerson* and *Paul P. Meltzer* for appellant.

*John J. Cunneen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.